AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| MICHAEL K. ORGERA <br> _____ <br> *Petitioner* <br> v. <br> NEW JERSEY DEPARTMENT OF CORRECTIONS <br> _____ <br> *Respondent* <br> *(name of warden or authorized person having custody of petitioner)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. _____ <br> *(Supplied by Clerk of Court)* |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Michael Keith Orgera
   (b) Other names you have used: none
2. Place of confinement:
   (a) Name of institution: Northern State Prison
   (b) Address: 168 Frontage Road, P.O. Box 2300
   Newark, NJ 07114
   (c) Your identification number: 677390G
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other – explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   Superior Court of New Jersey, Ocean County, Toms River, NJ
   (b) Docket number of criminal case: OCN-17-000439
   (c) Date of sentencing: April 26, 2018
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:   New Jersey Dept. of Corrections - Classification

   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   I was classified with an E-1 override code which was incorrect. Classification of an E-1 override is for a sexual or arson conviction. However, I was not convicted of those offenses.

   (d) Date of the decision or action:   April 27, 2020

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes            ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court:   New Jersey Dept. of Correction - Classification Dept.

      (2) Date of filing:   April 28, 2020
      (3) Docket number, case number, or opinion number:   NSP 20011645
      (4) Result:   "Overdue"; no response received
      (5) Date of result:   n/a
      (6) Issues raised:   Calculation of good time credits while classified with an E-1 Override.

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes            ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____
I never received a response to my initial greviance.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☑ No

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: Samer reason as above in Question No. 8; no response received

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes   ☑ No

If "Yes," answer the following:
(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
      ☐ Yes           ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   If "Yes," provide:
   (1) Date of filing:
   (2) Case number:
   (3) Result:
   (4) Date of result:
   (5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
   ☐ Yes     ☐ No
   If "Yes," provide:
   (1) Name of court:
   (2) Date of filing:
   (3) Case number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

12. **Other appeals**

   Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
   ☑ Yes     ☐ No
   If "Yes," provide:
   (a) Kind of petition, motion, or application: To remove unwarranted E-1 Override
   (b) Name of the authority, agency, or court: Superior Court of New Jersey - Appellate Division

   (c) Date of filing: August 3, 2018
   (d) Docket number, case number, or opinion number: A-5598-17T3
   (e) Result: Reversed and vacated DOC's final decision to remove E-1 Override
   (f) Date of result: January 17, 2020
   (g) Issues raised: Whether it was arbitrary and capricious for the Dept. of Correction to apply an override based not on my conviction and factual basis but instead of false and dismissed charges.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Deprivation of due process under the 14th amendment

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
After the Appellate Division reversed the initial E-1 override, I never received the good time credits for the period that I was erroneously held in Medium Custody; approximately 20 months. But for the unwarranted E-1 override, I woull have be placed in Minimum Custody and would have received more time off my sentence based on my record while incarcerated.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do:
To order the DOC to recalculate my good time credits to reflect the proper deduction off my back number during the months I was wrongly held in medium custody level and thus receiving less time off my sentence.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

May 21, 2020

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:   May 21, 2020

_____
Signature of Petitioner

_____
*Signature of Attorney or other authorized person, if any*