| Ref# NSP20011645 | Housing:NSP-NORTH-A3E-420B | Date Created:03/03/2020 |
|---|---|---|
| ID#: 000677390G | Name:ORGERA,MICHAEL | |
| Form:Grievance | Subject:Classification | Description:Credits |
| Urgent:No | Time left:n/a | Status:Closed |

Communications / Case Actions

*3/3/2020 5:43:24 PM : ( 000677390g ) wrote*
Form has been submitted

*3/3/2020 5:43:24 PM : ( 000677390g ) wrote*
hello. when i was initially score at CRAF in May 2018, i was given 4 points and full minimum status. soon after i was improperly given an e-1 override based on dismissed charges that kept me in medium status. i appealed this wrongful override and finally -- 20 months later -- on january 7, 2020, the appeallate court ordered the DOC to remove this override, which DOC did. however, during those 20 months that i had the unlawful and improper override, i could not earn full min. credits, as i would have had the override never been given in the first place. because i received no disciplinary charges during those 20 months, and because the override was improperly imposed, i should now receive the credits i would have earned as a full minimum status inmate. i recognize that after the override was recently removed, and i was given a new override. still, this new override shouldn't effect the 20 month period where i should have received full min. status credit off my max date. thank you.

*4/27/2020 10:29:30 AM : ( Jacqueline Rivera ) wrote*
K1 Overide was applied due to circumstances of offense.

*4/27/2020 10:30:18 AM : ( Jacqueline Rivera ) wrote*
Closed inmate form

*4/28/2020 2:57:55 PM : ( 000677390g ) wrote*
Case Appealed.

*4/28/2020 2:57:55 PM : ( 000677390g ) wrote*
this grievance is not about the k1 override per se; i am requesting to receive full min good time credits for the 20-month period that i wrongfully received the e1 override. because the court ruled that override was unwarranted and removed it, and because i was classified for full min status at craf, that override prevented me from receiving full min credits. i should receive full min credits off my max date for that 20- month period. k1 has nothing to do with that period where the e1 override was given, then later adjudged unlawful. thank you.

*4/28/2020 3:02:33 PM : ( 000677390g ) wrote*
Case Appealed.

*4/28/2020 3:02:33 PM : ( 000677390g ) wrote*
this grievance is not about the k1 override per se. it is about the 20-month period that i received the e1 override, which prevented me from earning full minimum good time credits, and which the court of appeals later removed as unlawful. when i arrived at craf i was set for full min status, until the override was given. that override was, 20-months or so later, removed. thus, i should receive the full min good time credits i would otherwise have earned for that 20-month period. thank you.

*5/1/2020 11:41:51 AM : ( Patrick Nogan ) wrote*
Appeal received. You received an appropriate answer. Case closed and thank you for your concern.

*5/1/2020 11:42:12 AM : ( Patrick Nogan ) wrote*
Closed appealed inmate form